Steven E. TARPLEY, Plaintiff—
Appellant,

v.

Robert J. KUPEC, Mr.; Robert D. Ritchey; Ms. Puller; Bruce Bozman; T. Milliner, Captain; G. Barnes; Dr. Reeves; A. Tull, Lieutenant; Lieutenant Holland; T.J. Lewis, Officer; George Kaloroumakis; Mr. Nastri; John Doe, Hearing Officer, Defendants—Appellees.

No. 03–7317.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 20, 2004.

Steven E. Tarpley, Appellant pro se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Steven E. Tarpley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Tarpley v. Kupec,* No. CA–02–3461–WMN (D.Md. July 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*